# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Becky P. Muff, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. ) 12-01227-CV-W-JTM |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) ) |

## **O R D E R**

On October 24, 2013, the Court heard oral argument on the *Muff Initial Brief,* filed March 18, 2013, [Doc. 5] and the *Brief For Defendant*, filed June 3, 2013, [Doc. 8]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                       */s/ John T. Maughmer*
                                  **JOHN T. MAUGHMER**
                                  **U. S. MAGISTRATE JUDGE**